Rebecca A. Lindemann
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
rlindemann@richmondquinn.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COUNTRY PREFERRED INSURANCE COMPANY and COUNTRY MUTUAL INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br> v.<br><br>EVAN M. GRIFFIN,<br><br>    Defendant. | Case No. 3:25-cv-_____ |

## **COMPLAINT FOR DECLARATORY RELIEF**

Plaintiffs Country Preferred Insurance Company and Country Mutual Insurance Company, by and through counsel, Richmond & Quinn, and pursuant to 28 U.S.C. §§ 2201, 2202, and 1332, hereby asserts its Complaint for Declaratory Judgment as follows:

## **PARTIES AND JURISDICTION**

1. Plaintiffs Country Preferred Insurance Company and Country Mutual Insurance Company are corporations organized under the laws of Illinois with their

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

principal place of business in Bloomington, Illinois. Country Preferred Insurance Company and Country Mutual Insurance Company have fully complied with all statutory prerequisites for bringing this suit.

2. Upon information and belief, at all times pertinent to this complaint, defendant Evan Griffin is a resident of Alaska.

3. This is an action for declaratory relief under 28 U.S.C § 2201 and for such additional and further relief as may be required to enforce a declaratory judgment in accordance with 28 U.S.C. § 2202.

4. This Court has subject matter jurisdiction under 28 U.S.C. § 1332, as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

5. The amount in controversy is satisfied in this case by the value of the right to be protected or the injury to be prevented. In declaratory judgment cases where damages are uncertain, this alone can satisfy the amount in controversy requirement. The underlying litigation in this case is a case pending in Alaska Superior Court, where the minimum amount in controversy is $100,000.

6. In accordance with 28 U.S.C. § 1391(b)(1) and (2), venue in this district is appropriate as the underlying matter took place in this district, and the defendant is a resident of this district at the time of this filing. Further, the underlying litigation which gives rise to this declaratory judgment action, was filed in the Alaska Superior Court in Anchorage, Alaska in this district.

Complaint for Declaratory Relief
Country Preferred Insurance Company, et al. v. Evan M. Griffin, Case No. 3:25-cv-_____
Page 2 of 7

## GENERAL ALLEGATIONS

7. On or about June 2, 2025, Ms. Emmert filed a lawsuit against the defendant. The associated complaint is attached and incorporated herein as Exhibit A.

8. The underlying plaintiff alleges six claims against Mr. Griffin: assault and battery; sexual battery/coercion; intentional infliction of emotional distress; false imprisonment; trespass to chattels/conversion; and unjust enrichment.

9. At the time of the conduct alleged in the complaint, Mr. Griffin held two insurance policies issued by Country Preferred Insurance Company and Country Mutual Insurance Company.

10. The first policy is a Homeowner's policy for a residence located at 11231 Via Appia in Anchorage. A copy of the homeowner's policy is attached hereto as Exhibit B.

11. The homeowner's policy's insuring agreement obligates Country Preferred Insurance Company to pay for damages the insured becomes legally obligated to pay due to bodily injury or property damage to which the insurance applies. The insurance applies only if the bodily injury or property damage was caused by an "occurrence," which the policy defines as "an accident."

12. The homeowner's policy contains relevant exclusions, including the exclusion of coverage for intentional acts, sexual misconduct or physical or mental abuse, and criminal acts.

Complaint for Declaratory Relief
Country Preferred Insurance Company, et al. v. Evan M. Griffin, Case No. 3:25-cv-_____
Page 3 of 7

Case 3:25-cv-00257-HRH    Document 1    Filed 10/01/25    Page 3 of 7

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

13. The second policy is a Business Owner Policy (AM9320166) for a four-unit apartment building located at 7740 Mayfair Drive in Anchorage. A copy of the Business Owner Policy is attached hereto as Exhibit C.

14. The insuring agreement in the Business Owner Policy obligates Country Mutual Insurance Company to pay those sums that an insured becomes legally obligated to pay as damages for bodily injury, property damage, or personal and advertising injury to which the insurance applies. The insurance applies only if the bodily injury, property damage, or personal injury was caused by an "occurrence," which the policy defines as "an accident."

15. Coverage under the Business Owner Policy must be "caused by an offense arising out of" the insured's business.

16. The Business Owner Policy contains relevant exclusions, including the exclusion of coverage for intentional acts, abuse or molestation, and criminal acts.

17. Mr. Griffin reported the underlying lawsuit to Country Preferred Insurance Company and Country Preferred Insurance Company informed Mr. Griffin that it was investigating coverage. On September 11, 2025, Country Preferred Insurance Company denied coverage under the homeowner's policy but Country Preferred Insurance Company agreed to pay the reasonable costs of the defense of the underlying complaint under the Business Owner Policy subject to a full reservation of rights to disclaim any duty to defend or indemnify Mr. Griffin attached hereto as Exhibit D.

Complaint for Declaratory Relief
Country Preferred Insurance Company, et al. v. Evan M. Griffin, Case No. 3:25-cv-_____
Page 4 of 7

Case 3:25-cv-00257-HRH     Document 1     Filed 10/01/25     Page 4 of 7

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

18. The liability insurance provided by Country Preferred Insurance Company is limited by the terms of the policies' grants and exclusions of coverage.

19. There is no coverage for the underlying lawsuit under the homeowner's policy because the claims do not constitute an occurrence or seek recoverable damages for property damage or bodily injury. Further, the claims are excluded under the policy.

20. There is no coverage for the underlying lawsuit under the Business Owner Policy because the claims do not arise out of the insured's business. Also, Mr. Griffin does not meet the definition of an insured. Additionally, the claims do not constitute an occurrence or seek recoverable damages for property damage, bodily injury, or personal injury. Further, the claims are excluded under the policy.

## CLAIM FOR DECLARATORY RELIEF

21. Country Preferred Insurance Company and Country Mutual Insurance Company incorporates by reference all allegations in paragraphs 1 through 20.

22. Country Preferred Insurance Company and Country Mutual Insurance Company are entitled to a declaration that it has no duty to defend Mr. Griffin for the allegations asserted in the underlying complaint under the terms of Country Preferred Insurance Company and Country Mutual Insurance Company policies AM9320166 and P010403958.

23. Country Preferred Insurance Company and Country Mutual Insurance Company are entitled to a declaration that it has no duty to indemnify Mr. Griffin for the

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

Complaint for Declaratory Relief
Country Preferred Insurance Company, et al. v. Evan M. Griffin, Case No. 3:25-cv-_____
Page 5 of 7

Case 3:25-cv-00257-HRH    Document 1    Filed 10/01/25    Page 5 of 7

allegations asserted in the underlying complaint under the terms of Country Financial policies AM9320166 and P010403958.

WHEREFORE, Country Preferred Insurance Company and Country Mutual Insurance Company respectfully pray for relief as follows:

1. For a judgment declaring that the damages claimed in the underlying complaint are not covered under Country Preferred Insurance Company and Country Mutual Insurance Company policies AM9320166 and P010403958.

2. For a judgment declaring that Country Preferred Insurance Company and Country Mutual Insurance Company has no duty to defend the insured against the claims made in connection with the underlying complaint.

3. For a judgment declaring that Country Preferred Insurance Company and Country Mutual Insurance Company has no duty to indemnify the insured for any judgment or damages in connection with the underlying complaint.

4. For recoverable costs and attorney fees.

5. For such other relief as the court deems just and proper.

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

Complaint for Declaratory Relief
Country Preferred Insurance Company, et al. v. Evan M. Griffin, Case No. 3:25-cv-_____
Page 6 of 7

Case 3:25-cv-00257-HRH    Document 1    Filed 10/01/25    Page 6 of 7

DATED this 1st day of October 2025 at Anchorage, Alaska.

        RICHMOND & QUINN

        By <u>/s/ Rebecca A. Lindemann</u>
          Rebecca A. Lindemann
          Alaska Bar No. 1309051
          360 K Street, Suite 200
          Anchorage, AK 99501
          Ph: (907) 276-5727
          Fax: (907) 276-2953
          rlindemann@richmondquinn.com

2342.004\PLD\Complaint.docx

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

Complaint for Declaratory Relief
<u>Country Preferred Insurance Company, et al. v. Evan M. Griffin</u>, Case No. 3:25-cv-_____
Page 7 of 7

Case 3:25-cv-00257-HRH     Document 1     Filed 10/01/25     Page 7 of 7